# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| WILLIAM HARRIS, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) | 07 C 2512 |
| ) | |
| v. ) | Judge Guzman |
| ) | |
| CIRCUIT CITY STORES, INC. ) | Magistrate Judge Schenkier |
| ) | |
| Defendant. ) | |

**CIRCUIT CITY STORES, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS IN LIGHT OF RECENT AMENDMENT TO THE RELEVANT LAW**

Defendant Circuit City Stores, Inc., ("Circuit City"), by and through its attorneys, and pursuant to Federal Rule of Civil Procedure 12(c), requests that this Court enter judgment on the pleadings in favor of Circuit City. In support of its Motion, Circuit City states as follows:[1]

1. On May 20, 2008, Congress unanimously enacted The Credit and Debit Card Receipt Clarification Act of 2007 (the "Act"). The Act amends the Fair and Accurate Credit Transactions Act ("FACTA") to clarify that it is not a willful violation of FACTA for a business to print the credit/debit card expiration date so long as the business does not also print more than the last five digits of the credit/debit card account number.

2. The Act expressly provides that it will apply retroactively to December 4, 2006, to cover all lawsuits that are not already final. "The amendment made by subsection (a) shall apply to any action, other than an action which has become final, that is brought for a violation of 605(g) of the Fair Credit Reporting Act to which such amendment applies without regard to whether such action is brought before or after the date of the enactment of this Act." H.R. 4008; S. 2978.

---

[1] Circuit City submits a memorandum of law concurrently with this filing.

3. The Act was delivered to the President of the United States of America on May 23, 2008. The President signed the Act on June 3, 2008, and the Act became effective on that day.

4. In light of the recent legislative action Amending FACTA, Circuit City seeks judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) now, before any further action is taken in this case, including the significant burden and cost of issuing class notice to putative class members.

5. Plaintiff's Amended Complaint alleges that Circuit City failed to remove the expiration date from a "computer generated receipt" sent by Circuit City from its online store. Amended Complaint at Para. 12. Plaintiff seeks statutory damages solely based upon the allegation that the email confirmation is a "receipt" that was printed by Circuit City at the point of sale or transaction, and that the email confirmation displayed his credit/debit card expiration date. Plaintiff has not sought any damages associated with actual harm. *See* Amended Complaint at Para. 5.

6. In light of the recent legislation, even if the allegations of Plaintiff's Amended Complaint are viewed to be true, Plaintiff cannot establish a willful violation of FACTA as a matter of law and Plaintiff cannot recover any damages whatsoever, including statutory damages, attorneys' fees, or costs.

7. Accordingly, Circuit City's motion for judgment on the pleadings should be granted and Plaintiff's Amended Complaint should be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 12(c).

WHEREFORE, Defendant Circuit City Stores, Inc. respectfully moves this Court to grant this motion, granting Circuit City judgment on the pleadings against Plaintiff, and enter whatever further relief this Court deems just and appropriate.

Date:   June 3, 2008

Respectfully submitted,
CIRCUIT CITY STORES, INC.

 s/  Blair B. Hanzlik
By:  One of Its Attorneys

Linda B. Dubnow
Blair B. Hanzlik (ARDC # 6279664)
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL  60601-1818
Telephone: (312) 849-8100
Facsimile: (312) 849-3690

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 3rd day of June, 2008, a copy of the foregoing **DEFENDANT CIRCUIT CITY STORES, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS IN LIGHT OF RECENT AMENDMENT TO THE RELEVANT LAW** was filed with the Clerk of the Court. Notice will be given by virtue of the Court's electronic case management system to the following attorneys:

Keith James Keogh
Alexander H. Burke
Law Offices of Keith J. Keogh
227 W. Monroe St., Ste 2000
Chicago, IL 60606


s/ Blair B. Hanzlik_____
Blair B. Hanzlik (ARDC # 6279664)
McGuireWoods LLP
77 W. Wacker Dr., Suite 4100
Chicago, IL 60601
Tel: (312) 849-8100
Fax: (312) 849-3690


\6292469.2